**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| SCOTT JASON LEE, | Case No. 1:25-cv-01374-EPG |
| Plaintiff, | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from March 30, 2026, up to and including April 29, 2026. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

This is the Defendant's first request for an extension. Defendant respectfully requests this extension to allow sufficient time to prepare the Commissioner's brief in light of this case's recent reassignment to the Defendant's undersigned counsel due to office need. Defendant's counsel has been diligent in her work, and in the last four weeks, has completed six responsive briefs and two settlement memoranda. In addition to this case, counsel has ten upcoming responsive briefs in the next four weeks.

///

///

1

Respectfully submitted,

Dated: March 30, 2026        By:    /s/ *Jonathan Pena*
                                    (*as authorized via e-mail on March 30, 2026)
                                    JONATHAN PENA
                                    Pena and Bromberg, PC
                                    DOLLY M. TROMPETER
                                    Law Office of Dolly M. Trompeter
                                    Attorneys for Plaintiff

Dated: March 30, 2026               ERIC GRANT
                                    United States Attorney
                                    MATHEW W. PILE
                                    Head of Program Litigation 1
                                    Social Security Administration

                             By:    /s/ *Lillian J. Lee*
                                    LILLIAN J. LEE
                                    Special Assistant U.S. Attorney
                                    Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including April 29, 2026, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   **March 30, 2026**

/s/ *Eric P. Grosj*

UNITED STATES MAGISTRATE JUDGE